IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY OF NEW YORK, MAYOR AND CITY COUNCIL OF BALTIMORE, CITY AND COUNTY OF DENVER, CITY OF MINNEAPOLIS, CITY OF NEW HAVEN, CITY OF SAINT PAUL, and RAMSEY COUNTY,<br><br>                Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of FEMA Administrator,<br><br>                Defendants. | Case No. 25-cv-12765<br>Hon. Manish S. Shah |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF AGREED SCHEDULING ORDER, RELIEF FROM AMENDED GENERAL ORDER 25-0024, AND LEAVE TO FILE EXCESS PAGES**

City of Chicago, City of Boston, City of New York, Mayor and City Council of Baltimore, City and County of Denver, City of Minneapolis, City of New Haven, City of Saint Paul, and Ramsey County (collectively, Plaintiffs) move for the entry of an agreed scheduling order,[1] and for leave to file oversized briefs. In support, Plaintiffs state as follows:

---

[1] Pursuant to the Court's standing order on proposed orders, Plaintiffs are submitting the agreed order to the Court as an attachment to an e-mail sent to Proposed_Order_Shah@ilnd.uscourts.gov, rather than filing the proposed order on the docket.

1

1.      On October 20, 2025, Plaintiffs filed a Complaint (ECF No. [1]) related to conditions placed on grants and grant funding by Defendants that Plaintiffs allege violate the Separation of Powers, the Spending Power, and the Administrative Procedure Act. Plaintiffs face imminent deadlines to accept Defendants' grant awards, including deadlines of October 24 and 25, 2025 for certain plaintiffs.

2.      On October 20, 2025, the parties conferred to discuss how the imminent grant deadlines affect the case schedule and to explore a mutually agreeable adjustment that would obviate the need for an emergency TRO motion.

3.      In exchange for Defendants' agreement to extend the deadlines to respond to the grant awards challenged in this case to November 24, 2025, Plaintiffs have agreed to move for a preliminary injunction instead of a temporary restraining order. To that end, Plaintiffs and Defendants have agreed to the proposed order, which sets the following dates:

- The deadline for Plaintiffs to accept any grant award or grant funding related to this Action is extended to the later of: (a) Monday, November 24, 2025, or (b) the deadline otherwise set by the grant award.

- Plaintiffs will file their motion for preliminary injunction by October 24, 2025;

- Defendants will file their opposition by November 7, 2025;

- Plaintiffs' will file their reply in support of their motion for preliminary injunction by November 14, 2025; and

- If the Court is amenable and available, the parties will appear before the Court for argument on the week of November 17, 2025. While the parties do not submit a specific argument hearing date or time in this motion or order, Plaintiffs respectfully request that the Court set the hearing at its convenience in time for it to consider the arguments made and to issue a ruling by November 21, 2025, so that Plaintiffs can make an informed decision about the grant awards before their deadlines to accept those awards (now November 24, 2025).

4.      Plaintiffs accordingly request, and Defendants agree, that this case be exempt from AMENDED GENERAL ORDER 25-0024.

5. Plaintiffs further request, and Defendants agree, for Plaintiffs to be able to file a motion for preliminary injunction of 25 pages, rather than 15, due to the number of parties and complex issues involved in this Action. Plaintiffs agree that Defendants should likewise be able to file an opposition of 25 pages, rather than 15.

6. Plaintiffs thus respectfully request that the Court enter the proposed order agreed order, which sets out the above dates and page-limits.

7. Plaintiffs have shown this motion to counsel for Defendants. Defendants do not oppose the motion, and Defendants agree to the proposed order.

WHEREFORE, Plaintiffs request the Court enter the proposed order setting forth the agreed schedule and page limits for the parties' preliminary injunction briefs.

Dated: October 20, 2025            Respectfully submitted,

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

By: /s/ *Stephen Kane*
Stephen Kane (IL Bar No. 6272490)
Rebecca Hirsch (IL Bar No. 6279592)
Chelsey Metcalf (IL Bar No. 6337233)
Rachel Zemke (IL Bar No. 6324891)
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: (313) 744-9484
stephen.kane@cityofchicago.org
rebecca.hirsch2@cityofchicago.org
chelsey.metcalf@cityofchicago.org
rachel.zemke@cityofchicago.org

*Attorneys for Plaintiff City of Chicago*

ADAM CEDERBAUM
Corporation Counsel, City of Boston

By: /s/ *Samuel B. Dinning*

3

SAMUEL B. DINNING, MA BBO 704304*
Chief of Staff & Policy
TERESA K. ANDERSON, MA BBO 669985*
Assistant Corporation Counsel
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
Telephone: (617) 635-4034
E-Mail: samuel.dinning@boston.gov
teresa.anderson@pd.boston.gov

*Attorneys for Plaintiff City of Boston*


MICHIKO (MIKO) ANDO BROWN
City Attorney, City and County of Denver

By: /s/ *Matthew J. Mulbarger*
Katie McLoughlin (CO Bar No. 51980)*
Matthew J. Mulbarger (CO Bar No. 51918)*
Denver City Attorney's Office
201 W Colfax Avenue
Denver, CO 80202
Tel: 720-913-8050
katie.mcloughlin@denvergov.org
matthew.mulbarger@denvergov.org

*Attorneys for Plaintiff City and County of Denver*


EBONY M. THOMPSON
Baltimore City Solicitor

By: /s/ *Sara Gross*
Sara Gross (MD 0412140305)*
Chief, Affirmative Litigation Division
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Telephone: (410) 396-3947
E-Mail: sara.gross@baltimorecity.gov

*Attorneys for Plaintiff
Mayor & City Council of Baltimore*

LYNDSEY OLSON
Saint Paul City Attorney

By: /s/ *Kelsey McElveen*
KELSEY MCELVEEN *
Assistant City Attorney
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile: (651) 298-5619
E-Mail: Kelsey.McElveen@ci.stpaul.mn.us

*Attorneys for Plaintiff City of Saint Paul*


MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York

By: /s/ *Doris Bernhardt*
Doris Bernhardt (NY Bar No. 4449385)*
Hope Lu (NY Bar No. 5606934)*
100 Church Street
New York, NY 10007
Tel: (212) 356-1000

*Attorneys for Plaintiff City of New York*
CITY OF NEW YORK


KRISTYN ANDERSON
Minneapolis City Attorney

By: /s/ *Kristyn Anderson*
Kristyn Anderson, MN Lic. 0267752*
City Attorney
Sara J. Lathrop, MN Lic. 0310232*
Munazza Humayun, MN Lic. 0390788*
Heather P. Robertson, MN Lic. 0390470*
Assistant City Attorneys

5

350 South Fifth Street
Minneapolis MN 55415
612-299-2716
612-431-1826
612-299-2742
612-431-2468
kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
munazza.humayun@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Plaintiff City of Minneapolis*


By: /s/ *Bradley Cousins*
Bradley Cousins, MN Bar #0400463 *
Assistant Ramsey County Attorney
Stacey D'Andrea, MN Bar #0388320 *
Assistant Ramsey County Attorney
Jada Lewis, MN Bar #0391287 *
Assistant Ramsey County Attorney
Ramsey County Attorney's Office
360 Wabasha St. N., Suite 100
Saint Paul, MN 55102
Telephone: 651-266-3081 (Cousins)
651-266-3051 (D'Andrea)
651-266-3149 (Lewis)
E-mail: Bradley.cousins@co.ramsey.mn.us
Stacey.dandrea@co.ramsey.mn.us
Jada.lewis@co.ramsey.mn.us

*Attorneys for Plaintiff Ramsey County*



PATRICIA KING
Corporation Counsel for the City of New Haven

By: /s/ *Michael P. Bowler*
Michael P. Bowler, CT Bar #407379*
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
475-331-3244

6

mbowler@newhavenct.gov

*Attorneys for Plaintiff City of New Haven*



By: */s/ Toby Merrill*
Toby Merrill (MA Bar #601071)*
Litigation Director, Public Rights Project
Sai Mohan (CA Bar #350675)*
Erin Monju (DC Bar #90036952)*
490 43rd St., Unit # 115
Oakland, CA 94609
707-297-3837
Toby@publicrightsproject.org
Sai@publicrightsproject.org
Erin@publicrightsproject.org

*Counsel for all Plaintiffs*



* Application forthcoming for admission pro hac vice