IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF BOSTON, CITY OF CHICAGO, CITY OF NEW YORK, MAYOR AND CITY COUNCIL OF BALTIMORE, CITY AND COUNTY OF DENVER, CITY OF MINNEAPOLIS, CITY OF NEW HAVEN, CITY OF SAINT PAUL, and RAMSEY COUNTY, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of FEMA Administrator, <br><br> Defendants. | Case No. 25-cv-12765 <br><br> Hon. Manish S. Shah |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs City of Chicago, City of Boston, City of New York, Mayor and City Council of Baltimore, City and County of Denver, City of Minneapolis, City of New Haven, City of Saint Paul, and Ramsey County, through undersigned counsel, move the Court for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a). For the reasons explained in Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction and Stay of Agency Action, Plaintiffs seek the following injunctive relief, pending a final hearing and determination of the merits in this action:

1. An order preliminarily enjoining Defendants, their officers, agents, employees, attorneys, and all those in active concert or participation with Defendants from:

1

a. attaching, incorporating, imposing, or enforcing, or requiring Plaintiffs or their subrecipients to certify compliance with, the Discrimination Condition, the Executive Order Condition, the DEI Disclosure Requirement (as those conditions are defined in the Complaint) or any materially similar terms or conditions, with respect to any applications submitted by Plaintiffs, and any DHS/FEMA funds awarded to or received by Plaintiffs or their subrecipients, whether directly or indirectly, including through new grant applications, applications for continuation funding, notices of funding availability or opportunity, certifications, grant agreements, post-award submissions, or reimbursement requests;

a. attaching, incorporating, imposing, or enforcing the Civil Rights Conditions (as those conditions are defined in the Complaint), to the extent that Defendants construe any of the Civil Rights Conditions to require anything other than compliance with the statutes cited in the Civil Rights Conditions as they have been enacted by Congress and interpreted by the Judiciary;

b. rescinding, withholding, cancelling, or otherwise not processing any DHS/FEMA grant agreements, or pausing, freezing, impeding, blocking, cancelling, terminating, delaying, withholding, or conditioning DHS/FEMA funds, based on such terms or conditions, including without limitation failing or refusing to process and otherwise implement grants signed with changes or other objections to conditions enjoined by this preliminary injunction.

2. An order pursuant to 5 U.S.C. § 705:

    a. postponing the effective date of any action by any Defendants, their officers, agents, employees, attorneys, and all those in active concert or participation with Defendants, to adopt, issue, or enforce the Discrimination Condition, Executive Order Condition, and DEI Disclosure Requirement pending conclusion of this litigation;

    b. declaring the Challenged DHS Conditions and DEI Disclosure Requirement void and enforceable, with respect to any application, award, agreement or other document executed by Plaintiffs; and

    c. declaring that the Civil Rights Conditions require only compliance with the statutes cited therein as to those statutes have been enacted by Congress and interpreted by the Judiciary.

3. An order requiring Defendants, their officers, agents, employees, attorneys, and all those in active concert or participation with Defendants, to immediately treat any actions taken to implement or enforce the Challenged DHS Conditions and DEI Disclosure Requirement or any materially similar terms or conditions as to the Plaintiffs or their subrecipients, including but not limited to any delays or withholding of funds based on such conditions, as null, void, and rescinded; while this preliminary injunction is in effect, to treat as null and void any such conditions included in any grant agreement executed by any of the Plaintiffs or their subrecipients; and forbidding the retroactive application of such conditions to grant agreements during the effective period of this preliminary injunction;

4. An order preliminarily enjoining Defendants, their officers, agents, employees, attorneys, and all those in active concert or participation with Defendants, from retaliating against

any Plaintiff for participating in this lawsuit or taking any adverse action based on any Plaintiff's participation in this lawsuit, including reducing the amount of a grant award to that Plaintiff or to any state agency through which Plaintiff may receive grant funding; refusing to issue, process, sign, or approve grant applications, grant agreements, or subgrant agreements; and refusing to issue, process, sign, or approve any invoice or request for payment, or reducing the amount of such approval or payment;

5. An order requiring Defendants' counsel to provide written notice of this Order to all Defendants and their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them by the end of the second day after issuance of this Order; and

6. An order requiring Defendants, by the end of the second day after issuance of this Order, to file on the Court's electronic docket and serve upon Plaintiffs a Status Report documenting the actions that they have taken to comply with this Order, including a copy of the notice and an explanation as to whom the notice was sent; and

7. Any other relief that this Court deems proper and just.

Dated: October 24, 2025

Respectfully submitted,

                                              Mary B. Richardson-Lowry
                                              Corporation Counsel of the City of Chicago

                                              By: /s/  *Stephen Kane*
                                              Stephen Kane
                                              Rebecca Hirsch
                                              Chelsey Metcalf
                                              City of Chicago Department of Law
                                              121 North LaSalle Street, Room 600
                                              Chicago, Illinois 60602
                                              Tel: (312) 744-9484

        Stephen.kane@cityofchicago.org
        rebecca.hirsch2@cityofchicago.org
        chelsey.metcalf@cityofchicago.org

       *Attorneys for Plaintiff City of Chicago*

ADAM CEDERBAUM
Corporation Counsel, City of Boston

By: /s/ *Samuel B. Dinning*
SAMUEL B. DINNING, MA BBO 704304**
Chief of Staff & Policy
TERESA K. ANDERSON, MA BBO 669985*
Assistant Corporation Counsel
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
Telephone: (617) 635-4034
E-Mail: samuel.dinning@boston.gov
teresa.anderson@pd.boston.gov
*Attorneys for Plaintiff City of Boston*


MICHIKO (MIKO) ANDO BROWN
City Attorney, City and County of Denver

By: /s/ *Katie McLoughlin*
Katie McLoughlin (CO Bar No. 51980)*
Matthew J. Mulbarger (CO Bar No. 51918)**
Denver City Attorney's Office
201 W Colfax Avenue
Denver, CO 80202
Tel: 720-913-8050
katie.mcloughlin@denvergov.org
matthew.mulbarger@denvergov.org
*Attorneys for Plaintiff City and County of Denver*


EBONY M. THOMPSON
Baltimore City Solicitor

By: /s/ *Sara Gross*
Sara Gross (MD 0412140305)*

Chief, Affirmative Litigation Division
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Telephone: (410) 396-3947
E-Mail: sara.gross@baltimorecity.gov
*Attorneys for Plaintiff*
*Mayor & City Council of Baltimore*


LYNDSEY OLSON
Saint Paul City Attorney

By: /s/ *Kelsey McElveen*
KELSEY MCELVEEN **
Assistant City Attorney
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone:     (651) 266-8710
Facsimile:     (651) 298-5619
E-Mail:        Kelsey.McElveen@ci.stpaul.mn.us
*Attorneys for Plaintiff City of Saint Paul*


MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York

By: /s/  *Doris Bernhardt*
Doris Bernhardt (NY Bar No. 4449385)**
Hope Lu (NY Bar No. 5606934)*
100 Church Street
New York, NY 10007
Tel: (212) 356-1000
*Attorneys for Plaintiff City of New York*
*CITY OF NEW YORK*



KRISTYN ANDERSON
Minneapolis City Attorney

By: /s/ *Kristyn Anderson*
Kristyn Anderson, MN Lic. 0267752**
City Attorney

6

Sara J. Lathrop, MN Lic. 0310232**
Munazza Humayun, MN Lic. 0390788*
Heather P. Robertson, MN Lic. 0390470**
Assistant City Attorneys
350 South Fifth Street
Minneapolis MN 55415
612-299-2716
612-431-1826
612-299-2742
612-431-2468
kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
munazza.humayun@minneapolismn.gov
heather.robertson@minneapolismn.gov
*Attorneys for Plaintiff City of Minneapolis*


By: /s/ *Bradley Cousins*
Bradley Cousins, MN Bar #0400463 **
Assistant Ramsey County Attorney
Stacey D'Andrea, MN Bar #0388320 **
Assistant Ramsey County Attorney
Jada Lewis, MN Bar #0391287 **
Assistant Ramsey County Attorney
Ramsey County Attorney's Office
360 Wabasha St. N., Suite 100
Saint Paul, MN 55102
Telephone: 651-266-3081 (Cousins)
651-266-3051 (D'Andrea)
651-266-3149 (Lewis)
E-mail: Bradley.cousins@co.ramsey.mn.us
Stacey.dandrea@co.ramsey.mn.us
Jada.lewis@co.ramsey.mn.us
*Attorneys for Plaintiff Ramsey County*



PATRICIA KING
Corporation Counsel for the City of New Haven

By: /s/ *Michael P. Bowler*
Michael P. Bowler, CT Bar #407379*
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor

7

New Haven, CT 06510
475-331-3244
mbowler@newhavenct.gov
*Attorneys for Plaintiff City of New Haven*


By: */s/ Toby Merrill*
Toby Merrill (MA Bar #601071)\*\*
Litigation Director, Public Rights Project
Sai Mohan (CA Bar #350675)\*\*
Erin Monju (DC Bar #90036952)\*\*
490 43rd St., Unit # 115
Oakland, CA 94609
707-297-3837
Toby@publicrightsproject.org
Sai@publicrightsproject.org
Erin@publicrightsproject.org
*Counsel for all Plaintiffs*


\* Application forthcoming for admission pro hac vice
\*\* Admitted pro hac vice