IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY OF NEW YORK, MAYOR AND CITY COUNCIL OF BALTIMORE, CITY AND COUNTY OF DENVER, CITY OF MINNEAPOLIS, CITY OF NEW HAVEN, CITY OF SAINT PAUL, and RAMSEY COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of FEMA Administrator,<br><br>Defendants. | Civil Action No. 25-cv-12765<br><br>Hon. Manish S. Shah |

**INDEX OF EXHIBITS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| No. | Document Title |
|---|---|
| **A** | **Declaration of Faith Leach (Baltimore)** |
| A-1 | September 25, 2025 Award Letter - FY 2024 AFGP Grant to Baltimore |
| A-2 | July 11, 2025 Award Letter - FY 2022 FP&S Grant to Baltimore |
| A-3 | September 27, 2025 Award Letter - FY 2025 PSGP Grant to Baltimore |
| A-4 | September 27, 2025 Email from FEMA GO to Baltimore Recipients |
| **B** | **Declaration of Robert W. Ciccolo Jr. (Boston)** |
| B-1 | September 27, 2025 Award Letter - FY 2025 PSGP Grant to Boston |
| B-2 | September 27, 2025 Award Letter - FY 2025 PSGP Grant to Boston |
| B-3 | September 9, 2025 Notice of Award – FY2025 STC Carryover to Boston |
| **C** | **Declaration of Adrian Jordan (Boston)** |
| C-1 | September 25, 2025 Award Letter - FY 2025 HSGP Grant to Boston |
| **D** | **Declaration of Bethany Hand (Chicago)** |
| D-1 | September 25, 2025 Award Letter - FY 2024 AFGP Grant to Chicago |

| | |
|---|---|
| D-2 | September 9, 2025 Notice of Award – FY2025 STC Carryover to Chicago |
| D-3 | September 3, 2025 Email Notice to Grant Recipients from FEMA |
| **E** | **Declaration of Tomas Maulawin (Chicago)** |
| E-1 | September 26, 2025 Award Letter – FY 2025 HSGP Award to Illinois |
| E-2 | September 26, 2025 Award Letter – FY 2025 EMPG Award to Illinois |
| E-3 | September 26, 2025 Award Letter – FY 2025 TSGP Award to Chicago Transit Authority |
| **F** | **Declaration of Caroline Buhse (Denver)** |
| F-1 | September 9, 2025 Notice of Award – FY2025 STC Carryover to Denver |
| F-2 | FY 2025 HSGP Notice of Funding Opportunity |
| **G** | **Declaration of Rachel Sayre (Minneapolis)** |
| G-1 | August 4, 2025 Grant Programs Directorate Information Bulletin No. 534 |
| G-2 | September 26, 2025 Award Letter – FY 2025 HSGP Award to Minnesota |
| G-3 | 2025 Federal Homeland Security Investment Justifications - UASI |
| G-4 | September 26, 2025 Award Letter – FY 2025 EMPG Award to Minnesota |
| **H** | **Declaration of Lucas Scardigli (Minneapolis)** |
| **I** | **Declaration of Vicki Troswick (Minneapolis)** |
| **J** | **Declaration of Justin Elicker (New Haven)** |
| J-1 | October 3, 2025 Memorandum From Connecticut Division of Emergency Management and Homeland Security |
| J-2 | August 15, 2025 Letter from DHS/FEMA to New Haven RE: PSGP |
| J-3 | September 27, 2025 Award Letter - FY 2025 PSGP Grant to New Haven |
| **K** | **Declaration of Paul Ochoa (New York City)** |
| K-1 | September 27, 2025 Award Letter - FY 2025 PSGP Grant to New York City |
| **L** | **Declaration of Kristine Ryan (New York City)** |
| L-1 | September 12, 2025 Notice of Award – FY2025 STC Carryover to New York City |
| **M** | **Declaration of Judson M. Freed (Ramsey County)** |
| **N** | **Declaration of Lindsay Bacher (Saint Paul)** |
| N-1 | September 23, 2025 Award Letter - FY 2024 AFGP Grant to Saint Paul |
| N-2 | September 27, 2025 Award Letter - FY 2025 PSGP Grant to New York City |