UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

City of Chicago, et al.
                    Plaintiff,

v.                                           Case No.: 1:25−cv−12765
                                                          Honorable Manish S. Shah

Kristi Noem, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The court does not expect live witness testimony at the preliminary injunction hearing on 11/17/25. The court will conduct the hearing by directing questions to counsel or identifying specific topics for counsel to address. The court may pose questions to plaintiffs or defendants at any time (in no set order), so counsel may remain seated at counsel table. At the conclusion of the court's questioning, each side will have an opportunity to offer uninterrupted argument for likely no more than two to five minutes. Parties to the case, members of the public, and the media, may listen to these proceedings by dialing 1−650−479−3207 and using access code 2302 545 7949. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.