| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| **Emergency Management Performance Grant Program (EMPG) -** provides federal funding, passed through the States, to assist state, local, tribal, and territorial emergency management agencies in implementing FEMA's National Preparedness System—a systematic process for developing national preparedness. | EMPG funds have been made available to States since an initial appropriation for the program in 2003. *See* Pub. L. No. 108-7, 117 Stat. 11, 516. Congress has since made the program permanent and codified it at 6 U.S.C. § 762. <br><br> Congress funds Emergency Management Performance Grants under 6 U.S.C. § 762(b), which provides that the FEMA Administrator "shall continue implementation | 1 - The NOFO states that recipients of EMPG funding "must comply with the DHS Standard Terms and Conditions in effect as of the date of the federal award," which include the Challenged DHS Conditions. <br><br> 2 – EMPG Awards incorporate the NOFO | **GENERAL STATEMENT BY PLAINTIFFS:** <br><br> This is a pass-through grant, in which the States are the direct grantees. Plaintiffs apply to their States for subawards. *See* Compl. [1] ¶¶ 42-43. The State of Illinois received its EMPG award on September 26, 2025, for $9,486,374.00. *See* Maulawin Dec. [48], Ex. 2. Assuming Chicago's FY 2025 portion is consistent with prior fiscal years, Chicago anticipates applying for, and receiving, approximately $500,000 in EMPG funds from the State. *Id*. ¶ 35. <br><br> By September 30, 2025, FEMA had likewise awarded FY 2025 EMPG funding to New York, Massachusetts, Connecticut, Colorado, Maryland, and Minnesota. *See* Compl. [1] ¶ 51. *See also* Sayre Dec. [50], Ex. 4 (Minnesota Award); Elicker Dec. [53] Ex. 1 (letter from CT SAA to New Haven). In addition to Chicago, Plaintiffs Baltimore, Denver, Minneapolis, New York City, New Haven, Saint Paul, and Ramsey County anticipate receiving FY 2025 EMPG pass-through funding. <br><br> This grant is further subject to litigation in *Illinois v. Noem*, 25-cv-00495 (D.R.I.), and *Illinois v. Federal Emergency Management Agency*, 1:25-cv-00206 (D.R.I.). <br><br> **PLAINTIFF-SPECIFIC INFORMATION:** <br><br> • **Baltimore** - For FY2025, the City of Baltimore submitted its EMPG investment justification ("IJ") to its State Administrative Agency on August 6, 2025. The City of Baltimore anticipates being awarded this pass-through funding but has not yet received a response to its IJ. *See* Leach Dec. [44] ¶ 12. |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| | of an emergency management performance grants program, to make grants to States to assist State, local and tribal governments in preparing for all hazards." | | • **Chicago –** Chicago's FY 2025 application to its State Administrative Agency is not yet available, and no award has yet been received.<br><br>• **Denver** – Denver's FY 2025 application to its State Administrative Agency is not yet available, and no reward has yet been received.<br><br>• **Minneapolis** – Minneapolis has applied to its State Administrative Agency for EMPG awards for $27,330 but has not yet been notified by the State of the amount awarded.<br><br>• **New York City** - The State of New York has not yet offered guidance on the subapplication process for local jurisdictions to submit projects for HSGP-UASI, HSGP-SHSP or EMGP funding, which is a prerequisite for NYC to be able to seek such funding. Accordingly, NYC has not yet submitted projects or subapplications for these streams of funding.<br><br>• **New Haven** – Counsel for New Haven was not able to confirm the timing with their client in time for this filing.<br><br>• **Saint Paul** – To the City of Saint Paul's knowledge, the State has not yet announced a final grant acceptance deadline for subgrantees. Saint Paul anticipates a short timeframe (less than a month) for final acceptance once the State sets the deadline.<br><br>• **Ramsey County** - To the County's knowledge, the State has not yet announced a final grant acceptance deadline for subgrantees. The County anticipates a short timeframe (less |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| | | | than a month) for final acceptance once the State sets the deadline. |
| **Homeland Security Grant Program (HSGP), including the following two components of that program: State Homeland Security Program (SHSP) and Urban Areas Security Initiative (UASI) -** to provide federal funding to States—and, through them, to local governments— to build the necessary capacity to | SHSP funds have been available to States—and, through them, to local governments— since the first version of the program was created by the USA PATRIOT Act in 2001. Congress codified the program at 6 U.S.C. §§ 603, 605-09.<br><br>These program funds help high-risk urban areas or local governments with "preventing, preparing for, protecting against, and | 1 - The NOFO states that recipients of Homeland Security Grant Program funding, including under the HSGP-SHSP and HSGP-UASI programs, "must comply with the DHS Standard Terms and Conditions in effect as of the date of the federal award," which include the Challenged DHS Conditions.<br><br>2 – HSGP Awards incorporate the NOFO. | **GENERAL STATEMENT BY PLAINTIFFS:**<br><br>FEMA's Homeland Security Grant Program (HSGP) is made up of several discrete subprograms, including two through which Plaintiffs have historically received grant funding: the State Homeland Security Program (SHSP) and the Urban Area Security Initiative (UASI).<br><br>These are pass-through grants, in which the States are the direct grantees. Plaintiffs apply to their States or other partnering agencies for subawards. *See* Compl. [1] ¶¶ 77-78. The State of Illinois received its HSGP award on September 26, 2025. *See* Maulawin Dec. [48], Ex. 1. Although Chicago receives UASI funds on a pass-through basis, Chicago receives approximately 61% of Illinois' UASI award each year. *Id*. ¶ 17.<br><br>By September 30, 2025, FEMA had likewise awarded FY 2025 HSGP funding to New York, Massachusetts, Connecticut, Colorado, Maryland, and Minnesota.  *See* Compl. [1] ¶ 59; *see also* Jordon Dec. [46], Ex. 1 (Massachusetts HSGP award); Sayre Dec. [50], Ex. 2 (Minnesota HSGP Award). In addition to Chicago, Plaintiffs Boston, Baltimore, Denver, Minneapolis, New York City, Saint Paul, and Ramsey County anticipate receiving FY 2025 HSGP pass-through funding, either under SHSP or UASI.<br><br>This grant is further subject to litigation in *Illinois v. Noem*, 25-cv-00495 (D.R.I.), and *Illinois v. Federal Emergency Management Agency*, 1:25-cv-00206 (D.R.I.). |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| prevent, prepare for, protect against, and respond to acts of terrorism. | responding to acts of terrorism." 6 U.S.C. §§ 604(a), 605(a). | | **PLAINTIFF-SPECIFIC INFORMATION:**<br><br>SHSP:<br><br>• **Baltimore** - The City of Baltimore submitted its FY 2025 SHSP investment justification to its State Administrative Agency on August 8, 2025. The City of Baltimore anticipates being awarded this pass-through funding but has not yet received a response to its investment justification. Leach Dec. [44] ¶ 20.<br><br>• **New York City** - The State of New York has not yet offered guidance on the subapplication process for local jurisdictions to submit projects for HSGP-UASI, HSGP-SHSP or EMGP funding, which is a prerequisite for NYC to be able to seek such funding. Accordingly, NYC has not yet submitted projects or subapplications for these streams of funding.<br><br>UASI<br><br>• **Boston** – The Metro Boston Homeland Security Region (including Boston) submitted materials to the state so they could submit their application to FEMA on August 8, 2025.<br><br>• **Baltimore** - The City of Baltimore understands that the Baltimore Metropolitan Council submitted its FY 2025 UASI investment justification to Baltimore's State Administrative Agency on behalf of the entire region. The City of Baltimore anticipates being awarded this pass-through funding through the Baltimore Metropolitan Council, which has not yet received a response to its Investigation Justification. Leach Dec. [44] ¶ 21. |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| | | | • **Denver –** Denver submitted its application to its State Administrative Agency today. Denver's application is pending. |
| | | | • **Saint Paul** - To the City of Saint Paul's knowledge, the State has not yet announced a final grant acceptance deadline for subgrantees. Saint Paul anticipates a short timeframe (less than a month) for final acceptance once the State sets the deadline. |
| | | | • **Chicago** – Chicago submitted its UASI application to its State Administrative Agency on August 15, 2025. Chicago's application is pending. |
| | | | • **Minneapolis** - To the City of Minneapolis' knowledge, the State has not yet announced a final grant acceptance deadline for subgrantees. Minneapolis anticipates a short timeframe (less than a month) for final acceptance once the State sets the deadline. |
| | | | • **New York City** - The State of New York has not yet offered guidance on the subapplication process for local jurisdictions to submit projects for HSGP-UASI, HSGP-SHSP or EMGP funding, which is a prerequisite for NYC to be able to seek such funding. Accordingly, NYC has not yet submitted projects or subapplications for these streams of funding. |
| | | | • **Ramsey County** - To the County's knowledge, the State has not yet announced a final grant acceptance deadline for subgrantees. The County anticipates a short timeframe (less than a month) for final acceptance once the State sets the deadline. |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| **Assistance to Firefighters Grant Program (AFGP) –** to ensure that firefighters and other first responders can obtain critical equipment, training, and other resources necessary to protect the public and emergency personnel from fire and fire-related hazards. | Congress directed FEMA to award grants "for the purpose of protecting the health and safety of the public and firefighting personnel … against fire, fire-related, and other hazards." 15 U.S.C. § 2229(c)(1). In doing so, Congress identified purposes that funding "shall" be used for, including emergency medical services and acquiring additional firefighting vehicles, equipment, and | 1 - The current NOFO for the AFGP program, which is from FY 2024, but which governs awards that FEMA made through September 30, 2025, states that recipients of AFGP funds must "comply with the DHS Standard Terms and Conditions in effect as of the date of the federal award.<br><br>2 – AFGP award agreements include the Challenged Conditions. | • **Baltimore** – Baltimore applied for an AFGP grant for FY 2024 and was awarded the grant on September 25, 2025. Baltimore originally had until October 25, 2025, to accept the AFG grant for FY 2024, which would amount to $2,687,779.43. Leach Dec. [44] ¶ 21. By agreement of the parties, the deadline for accepting this award is now November 24, 2025. *See* ECF No. 23.<br><br>• **Saint Paul** – Saint Paul received its award notice on September 23, 2025. Saint Paul originally had until October 23, 2025, to accept the AFG grant for FY 2024. By agreement of the parties, the deadline for accepting this award is now November 24, 2025. *See* ECF No. 23.<br><br>• **Chicago –** Chicago timely applied for AFGP funds for FY 2024 (the current active funding opportunity). On September 25, 2025, DHS issued an AFGP award to Chicago. *See* Hand Dec. [47] at Ex. 1. Chicago originally had until October 25, 2025, to accept the AFGP grant. By agreement of the parties, the deadline for accepting this award is now November 24, 2025. *See* ECF No. 23.<br><br>• **Minneapolis** – Minneapolis applied for the FY 2024 AFGP grant on December 19, 2024. Minneapolis' application is pending. |

6

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| | personal protective equipment. *Id.* § 2229(c)(3).<br><br>Congress contemplated that funds could be used to "provide specialized training … to recognize individuals who have mental illness and how to properly intervene with individuals with mental illness." *Id.* § 2229(c)(3)(N). | | |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| **Hazard Mitigation Assistance Program (HMA), including Hazard Mitigation Grant Program and Flood Mitigation Assistance -** HMA program provides funding for eligible long-term solutions that reduce the impact of disasters in the future. HMGP provides federal funding to state, local, tribal, and territorial governments | Congress funds the Hazard Mitigation Grant Program under 42 U.S.C. § 5170c, which authorizes the FEMA Administrator to award grants to "substantially reduce the risk of, or increase resilience to, future damage, hardship, loss, or suffering in any area affected by a major disaster." | While New York City has not received the aforementioned HMA awards to date, Plaintiffs anticipate that DHS would incorporate the Challenged DHS Conditions into the award, as it has for all other grants. | • **New York City** - NYC has applied for HMA pass-through funding to support 2 HM projects: (1) Cool Corridors: Protecting New Yorkers from Extreme Heat; and (2) DOT Flood Risk Assessment Scoping Project. NYC DOT submitted its subapplication to DSHES on 2/21/2024, 9/16/2024, and 4/30/2025 for Hazard Mitigation Assistance programs. NYC DOT has not yet received a response to its subapplication. Ochoa Dec. ¶ 18. |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| to develop hazard mitigation plans and rebuild their communities after a Presidential major disaster declaration in ways that reduce or mitigate future disaster losses.<br><br>FMA provides funding to support state, local, tribal, and territorial governments in reducing or eliminating the risk of repetitive flood damage to buildings and structures | | | |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| insured under the National Flood Insurance Program (NFIP). | | | |
| **Port Security Grant Program (PSGP)** – provides federal funding to state, local, territorial, and private-sector partners to help protect critical port infrastructure from terrorism and other emergencies, enhance maritime domain awareness, improve port-wide maritime security risk | Congress directed that the DHS Secretary "shall establish a grant program for the allocation of funds based on risk" to help, among others, "local government agencies required to provide port security services and to train public safety personnel." 46 U.S.C. § 70107(a). In doing so, Congress identified eligible costs as well as application, | 1 – NOFO states recipients of PSGP funding "must comply with the DHS Standard Terms and Conditions in effect as of the date of the federal award."<br><br>2 – PSGP award agreements include the Challenged Conditions. | • **Boston –** Boston applied on August 14, 2025. Boston was awarded on September 27, 2025. Boston calculates its deadline for accepting this grant is November 26, 2025.<br><br>• **Chicago** - Chicago applied for FY 2025 PSGP funding, but its application is pending.<br><br>• **Baltimore -** BCFD applied for an FY 2025 Port Security Grant, which was awarded on September 27, 2025, in the amount of $537,120. BCFD is facing a November 26, 2025, deadline for agreeing to receive these Port Security Grant funds. Leach Dec ¶ 27. Baltimore Police Department also applied for an FY 2025 Port Security Grant, which was awarded on September 27, 2025. BPD is also facing a November 26, 2025, deadline for agreeing to receive these Port Security Grant funds. Leach Dec ¶ 28.<br><br>• **Saint Paul –** Saint Paul received award notice on September 27, 2025. Saint Paul's deadline to accept is November 26, 2025.<br><br>• **New Haven - New** Haven applied on August 15, 2025. New Haven was awarded on September 27, 2025. New Haven calculates its deadline for accepting this grant is November 27, 2025. Elicker Dec. ¶¶ 12–13 and Exs. 2–3. |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| management, and maintain or establish maritime security mitigation protocols that enhance port recovery and resilience capabilities. | reporting, and administrative requirements. *Id.* 70107(b), (h), (i). | | • **New York City -** For FY 2025, the City of New York's Department of Transportation ("NYC DOT") submitted its application for PSGP funds on August 14, 2025, and received an award for $170,175.00, on September 27, 2025. Ochoa Dec. ¶ 12. NYC DOT is facing a November 26ʰ, 2025, deadline to accept the award. Ochoa Dec. ¶ 13. |
| **Staffing for Adequate Fire and Emergency Response (SAFER) -** to provide funding directly to local fire departments (among other entities) to help them increase or maintain the number of | Congress required the FEMA Administrator to award grants "for the purpose of increasing the number of firefighters to help communities meet industry minimum standards and attain 24-hour staffing to provide | 1 – FY24 NOFO requires recipients to "comply with DHS Standard Terms and Conditions in effect at the time the award is issued.  2 - Plaintiffs understand that the SAFER grants awarded in FY 2025 incorporate the Challenged | • **Denver** – Counsel for Denver could not ascertain in time for this filing.  • **Saint Paul** - Saint Paul applied on July 3, 2025, but has not received an award notification. |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| trained, front-line firefighters available to serve their communities. | adequate protection from fire and fire-related hazards, and to fulfill traditional missions of fire departments that antedate the creation of [DHS]." *Id*. § 2229a(a)(1)(A). | DHS Conditions. Numerous Plaintiffs expect to apply for SAFER funding in the next Fiscal Year. | |
| **Fire Prevention and Safety Grants (FP&S)** – to assist fire prevention programs and support firefighter health and safety research and development. | Congress authorized the FEMA Administrator to award grants for the "purpose of assisting fire prevention programs and supporting firefighter health and safety research and development." *Id*. § 2229(d)(1). | 1 – FY24 NOFO requires recipients to "comply with the DHS Standard Terms and Conditions in effect as of the date of the federal award." <br><br> 2 – Pls anticipate any FP&S funds awarded in FY 25 would incorporate the Challenged | • **Baltimore** – Baltimore has applied but has not heard back. <br><br> • **Minneapolis** – Minneapolis applied on July 1, 2025. Minneapolis' application is pending. <br><br> • **Saint Paul** - Saint Paul applied on July 3, 2025, but has not received an award notification. |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| | Congress contemplated that funds could be used to "provide specialized training … to recognize individuals who have mental illness and how to properly intervene with individuals with mental illness." *Id.* § 2229(c)(3)(N). | DHS Conditions via incorporation of the respective NOFO. *See, e.g.*, Baltimore's FY 25 award, incorporates FY22 NOFO, which incorporates standard terms and conditions in effect as of the date of the federal award. | |
| **Transit Security Grant Program (TSGP) –** Provides funding to transit agencies for security improvements, | Congress directed that the DHS Secretary "shall establish a program for making grants to eligible public transportation agencies for | 1 – FY25 NOFO requires compliance with standard terms and conditions in effect at time of award | • **Chicago** – Chicago applied to the Chicago Transit Authority for a pass-through award on August 13, 2025. Chicago has not received a subaward from CTA as of yet. In past years, CTA has sent a notification of the award as soon as FEMA releases it around November.<br><br>• **NYC** - For FY 2025, NYC DOT did not submit an application for TSGP. However, NYC DOT may apply for TSGP funds next year or in future years. Ochoa Dec. ¶ 23. NYPD submitted Investment Justifications and accompanying budget template |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| and more specifically to protect critical transportation infrastructure and the traveling public from terrorism as well as to increase infrastructure resilience in our nation's public transportation systems. | security improvements" and enumerated permissible capital and operating uses. 6 U.S.C. § 1135(a)-(b). Although Congress authorized "other terms and conditions as are determined necessary," *id.* § 1135(e), that does not permit conditions that are unrelated to transportation security improvements.<br><br>Congress designated transit security grant funds for "security response training" to | 2 – FY25 awards incorporate the NOFO | to the Metropolitan Transportation Agency in connection with this grant program on August 13, 2025.  NYPD anticipates receiving an award but does not have additional information yet.  (Note that this grant has been the subject of litigation.  *State of New York v. Noem*, 1:25-cv-08106 (S.D.N.Y).) |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| | support "individuals with disabilities and the elderly." 6 U.S.C. §§ 1135(b)(1)(L), 1137(c)(5). | | |
| **Securing the Cities (STC) –** to enhance the ability of the United States to detect and prevent terrorist attacks and other high-consequence events utilizing nuclear or | 6 U.S.C. Sec. 596b | 1 – included in the carryover awards. | • **Boston** – Boston submitted its application for carryover funds on July 24, 2025. DHS awarded Boston its carryover award on September 9, 2025, and then reissued it with different terms and conditions on October 20, 2025. Although there is not a deadline to accept this award, the deadline for submitting quarterly reports through the program (initially due on October 31, 2025) has been extended to November 24, 2025. *See* ECF No. 23. In addition, Plaintiffs cannot seek reimbursement, which would indicate agreement with the Challenged Conditions. <br><br> • **Chicago** – Chicago received its carryover award on September 12, 2025. Although there is not a deadline to accept this award, the deadline for submitting quarterly reports through the program (initially due on October 31, 2025) has been extended to November 24, 2025. *See* ECF No. 23. In addition, Plaintiffs are not seeking reimbursement at this time, which would indicate agreement with the Challenged Conditions. <br><br> • **Denver** – Denver applied for carryover award on 6/20/25. Denver received the carryover award on 6/30/25. Although |

| GRANT | AUTHORIZING STATUTE(S) | CHALLENGED CONDITIONS? | PLAINTIFFS AND TIMING |
|---|---|---|---|
| other radiological materials that pose a high risk to homeland security in high-risk urban areas. | | | there is not a deadline to accept this award, the deadline for submitting quarterly reports through the program (initially due on October 31, 2025) has been extended to November 24, 2025. *See* ECF No. 23. In addition, Plaintiffs are not seeking reimbursement at this time, which would indicate agreement with the Challenged Conditions.<br><br>• **New York City** - For FY 2025, NYPD submitted its application on or about August 19, 2025.  On or about September 12, 2025, NYPD received a notice of award, providing for a non-competing continuation of its STC grant, with a budget period of September 16, 2025, to August 31, 2026.  This award consisted of carryover funds in the amount of $14,399,136.59. Ryan Dec. ¶ 7. Although there is not a deadline to accept this award, the deadline for submitting quarterly reports through the program (initially due on October 31, 2025) has been extended to November 24, 2025. *See* ECF No. 23. In addition, Plaintiffs are not seeking reimbursement at this time, which would indicate agreement with the Challenged Conditions. |

16