IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY OF NEW YORK, MAYOR AND CITY COUNCIL OF BALTIMORE, CITY AND COUNTY OF DENVER, CITY OF MINNEAPOLIS, CITY OF NEW HAVEN, CITY OF SAINT PAUL, and RAMSEY COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of FEMA Administrator,<br><br>Defendants. | No. 25-cv-12765<br><br>Hon. Manish S. Shah |

**<u>PLAINTIFFS' STATUS REPORT</u>**

Plaintiffs submit this status report in light of new grant deadline information that has recently come to our attention:

1. On November 17, 2025, the parties appeared before the Court for argument on Plaintiffs' Motion for Preliminary Injunction. At the end of the hearing, the Court ordered Plaintiffs to submit supplemental information on the application timing and deadlines for the grants at issue in this case. Plaintiffs submitted a supplemental chart later that night. *See* Pls.' Supp. [69].

2. On November 18, 2025, counsel for Plaintiff Saint Paul learned that Saint Paul had received notice from FEMA that it was "reissuing all award offers with a new deadline of December 31, 2025" for certain FEMA grants. Attached as Exhibit A is a true and correct copy of

1

the email notice sent by FEMA to Plaintiff Saint Paul (the "Email Notice").

3. Upon learning about the Email Notice, Plaintiffs immediately took several steps to understand the import of the Email Notice to Plaintiffs' requests for preliminary relief, such as discerning which Plaintiffs received the Email Notice and to which grants the Email Notice applied. Plaintiffs further logged onto their accounts on FEMA GO, the dashboard through which FEMA's grants are managed, to determine whether the grant acceptance deadlines had been changed there. These efforts did not lead to clear answers. For example, FEMA GO did not display updated deadlines for all of Plaintiffs' grant awards, and for some awards the deadlines simply disappeared.

4. Plaintiffs consequently conferred with counsel for Defendants to seek clarity about the Email Notice and inquire whether Defendants were amenable to extending the deadline for Plaintiffs to accept any grant award or grant funding related to this Action to the later of: (a) December 31, 2025, or (b) the deadline otherwise set by the grant award. Defendants' counsel said he would confer with his client and get back to Plaintiffs as soon as he could. Defendants' counsel confirmed on November 20, 2025 that the deadline for Plaintiffs to accept any grant award or grant funding related to this Action is extended to the later of: (a) December 31, 2025, or (b) the deadline otherwise set by the grant award.

5. In light of this agreed extension, and with appreciation of the Court's busy docket, Plaintiffs are no longer requesting that the Court enter a ruling by November 21, 2025. *See* Mot. for Order [20].

6. Plaintiffs, however, maintain that they are being harmed and will continue to be harmed while the Challenged Conditions remain. In short, Plaintiffs cannot accept, access, or otherwise rely upon the availability of these funds without accepting the Challenged Conditions in

the absence of preliminary relief. As a result, the uncertainty created by the Challenged Conditions continues to threaten Plaintiffs' ability to prepare for emergencies and keep their residents safe, *see* Pls.' Mem. [41] at 23–24, and the extended acceptance deadlines do nothing to abate that injury absent relief. *See, e.g.*, Leach Dec. [44] ¶ 32. Many Plaintiffs face difficult budget decisions exacerbated by this ongoing uncertainty, and Plaintiffs remain unable to engage in long-term planning or responsibly commit to multi-year projects. *See, e.g.*, Buhse Dec. [49] ¶¶ 22–25; Bacher Dec. [57] ¶¶ 51–56; Maulawin Dec. [48] ¶¶ 45–46; Sayre Dec. [50] ¶¶ 23–24; Ciccolo Dec. [45] ¶¶ 16–19. And, with respect to the Securing the Cities program, the Plaintiffs who receive those funds continue to incur costs under that program without the ability to seek reimbursement, as seeking reimbursement would signal the Plaintiffs' agreement to the Challenged Conditions. *See* Ryan Dec. [55] ¶¶ 8–9, 16 (explaining program's reimbursement structure and harm from loss of funds); Hand Dec. [47] ¶¶ 13–18 (same). Defendants' agreement to extend the deadline to December 31, 2025 is likewise ineffectual as to the grants for which Plaintiffs are sub-grantees because, for example, the State Grantees could accept the DHS grants and impose their own deadlines for Plaintiffs to accept the subawards prior to the deadlines agreed upon with Defendants. Finally, as noted in Plaintiffs' reply brief, [64] at 2 n.2, Plaintiffs are receiving new notices of funding opportunities for DHS grants that could lead to additional timelines not bound by the Parties' extension agreement.

7. As a result, Plaintiffs respectfully request that the Court rule on Plaintiffs' Motion for Preliminary Injunction as expeditiously as feasible.

Dated: November 20, 2025          Respectfully submitted,

                                                          Mary B. Richardson-Lowry
                                                          Corporation Counsel of the City of Chicago

By: /s/ *Stephen Kane*
Stephen Kane
Rebecca Hirsch
Chelsey Metcalf
Rachel Zemke
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: (313) 744-9484
stephen.kane@cityofchicago.org
rebecca.hirsch2@cityofchicago.org
chelsey.metcalf@cityofchicago.org
rachel.zemke@cityofchicago.org

ADAM CEDERBAUM
Corporation Counsel, City of Boston

By: /s/ *Samuel B. Dinning*
SAMUEL B. DINNING, MA BBO 704304**
Chief of Staff & Policy
TERESA K. ANDERSON, MA BBO 669985*
Assistant Corporation Counsel
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
Telephone: (617) 635-4034
E-Mail: samuel.dinning@boston.gov
teresa.anderson@pd.boston.gov
*Attorneys for Plaintiff City of Boston*

MICHIKO (MIKO) ANDO BROWN
City Attorney, City and County of Denver

By: /s/ *Katie McLoughlin*
Katie McLoughlin (CO Bar No. 51980)*
Matthew J. Mulbarger (CO Bar No. 51918)**
Denver City Attorney's Office
201 W Colfax Avenue
Denver, CO 80202
Tel: 720-913-8050
katie.mcloughlin@denvergov.org
matthew.mulbarger@denvergov.org
*Attorneys for Plaintiff City and County of Denver*

4

EBONY M. THOMPSON
Baltimore City Solicitor

By: /s/ *Sara Gross*
Sara Gross (MD 0412140305)*
Chief, Affirmative Litigation Division
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Telephone: (410) 396-3947
E-Mail: sara.gross@baltimorecity.gov
*Attorneys for Plaintiff*
*Mayor & City Council of Baltimore*


LYNDSEY OLSON
Saint Paul City Attorney

By: /s/ *Kelsey McElveen*
KELSEY MCELVEEN **
Assistant City Attorney
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone:    (651) 266-8710
Facsimile:    (651) 298-5619
E-Mail:       Kelsey.McElveen@ci.stpaul.mn.us
*Attorneys for Plaintiff City of Saint Paul*


MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York

By: /s/ *Doris Bernhardt*
Doris Bernhardt (NY Bar No. 4449385)**
Hope Lu (NY Bar No. 5606934)*
100 Church Street
New York, NY 10007
Tel: (212) 356-1000
*Attorneys for Plaintiff City of New York*
*CITY OF NEW YORK*

KRISTYN ANDERSON
Minneapolis City Attorney

5

By: /s/ *Kristyn Anderson*
Kristyn Anderson, MN Lic. 0267752**
City Attorney
Sara J. Lathrop, MN Lic. 0310232**
Munazza Humayun, MN Lic. 0390788*
Heather P. Robertson, MN Lic. 0390470**
Assistant City Attorneys
350 South Fifth Street
Minneapolis MN 55415
612-299-2716
612-431-1826
612-299-2742
612-431-2468
kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
munazza.humayun@minneapolismn.gov
heather.robertson@minneapolismn.gov
*Attorneys for Plaintiff City of Minneapolis*


By: /s/ *Bradley Cousins*
Bradley Cousins, MN Bar #0400463 **
Assistant Ramsey County Attorney
Stacey D'Andrea, MN Bar #0388320 **
Assistant Ramsey County Attorney
Jada Lewis, MN Bar #0391287 **
Assistant Ramsey County Attorney
Ramsey County Attorney's Office
360 Wabasha St. N., Suite 100
Saint Paul, MN 55102
Telephone: 651-266-3081 (Cousins)
651-266-3051 (D'Andrea)
651-266-3149 (Lewis)
E-mail: Bradley.cousins@co.ramsey.mn.us
Stacey.dandrea@co.ramsey.mn.us
Jada.lewis@co.ramsey.mn.us
*Attorneys for Plaintiff Ramsey County*


PATRICIA KING
Corporation Counsel for the City of New Haven

By: /s/ *Michael P. Bowler*
Michael P. Bowler, CT Bar #407379*
City of New Haven

6

Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
475-331-3244
mbowler@newhavenct.gov
*Attorneys for Plaintiff City of New Haven*


By: */s/ Toby Merrill*
Toby Merrill (MA Bar #601071)**
Litigation Director, Public Rights Project
Sai Mohan (CA Bar #350675)**
Erin Monju (DC Bar #90036952)**
490 43rd St., Unit # 115
Oakland, CA 94609
707-297-3837
Toby@publicrightsproject.org
Sai@publicrightsproject.org
Erin@publicrightsproject.org
*Counsel for all Plaintiffs*


* Application forthcoming for admission pro hac vice
** Admitted pro hac vice

7

# EXHIBIT A

| | |
|---|---|
| **From:** | FEMA (Federal Emergency Management Agency) |
| **To:** | Lindsay Bacher |
| **Subject:** | NOTICE: Update on FEMA GO Reopening |
| **Date:** | Monday, November 17, 2025 3:46:03 PM |

**Think Before You Click:** This email originated **outside** our organization.

FEMA Grants News Banner

## NOTICE: Update on FEMA GO Reopening

Following President Trump's signing of the continuing resolution to restore federal appropriations, the Federal Emergency Management Agency Grants Outcomes (FEMA GO) system has been reopened. Grant recipients may now access their awards in the system. For those who received an award for a fiscal year (FY) 2025 Non-Disaster Grant or FY 2024 Fire Grant but did not accept the award prior to the lapse in appropriations, FEMA is reissuing all award offers with a new deadline of December 31, 2025.

FEMA is actively working to process waivers, extension requests, amendments, and payment requests that were queued during the lapse in appropriations. Payment requests that do not require manual review will be processed immediately. For amendments or payment requests that require manual review and were submitted prior to the lapse in funding, your patience is appreciated as FEMA staff begin to address those requests.

Please wait to submit required reporting (Federal Financial Reports, Performance Progress Reports, etc.) that was due for submission on FEMA GO during the lapse in funding. FEMA will send recipients updated guidance on when and how to submit the reports.

For any questions regarding FEMA grant awards, please contact your programmatic point of contact or the FEMA GO Helpdesk at femago@fema.dhs.gov.

We appreciate your patience as we work through the backlog of requests following the lapse in appropriations.

**Stay up-to-date on all things grants**  |  **@FEMAGrants | X**  |  **FEMA Grants | FEMA.gov**

**_Unsubscribe Disclaimer:_**

*If you no longer wish to receive messages on this topic, you must use "Change Delivery Preferences" to edit the topics you follow.*

*Please note, clicking unsubscribe below will completely remove you from all GovDelivery distribution lists. If you clicked unsubscribe in error, you must resubscribe to receive any messages from GovDelivery.*

*If you have any questions, please contact us at FEMA-Grants-News@fema.dhs.gov.*



Update Your E-mail Address | Change Delivery Preference | Update State and Zip Code

Subscribe to receive alerts during disasters in your state.

If you have questions or problems with the subscription service, please contact subscriberhelp.govdelivery.com.

This service is provided to you at no charge by FEMA.

Privacy Policy | GovDelivery is providing this information on behalf of U.S. Department of Homeland Security, and may not use the information for any other purposes.

This email was sent to lindsay.bacher@ci.stpaul.mn.us using GovDelivery Communications Cloud on behalf of FEMA · U.S. Department of Homeland Security · Washington, DC 20472