UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTI NOEM, in her official capacity as | ) No. 25 C 12765 |
| Secretary of Homeland Security, | ) |
| DEPARTMENT OF HOMELAND | ) Judge Shah |
| SECURITY, FEDERAL EMERGENCY | ) |
| MANAGEMENT AGENCY, and DAVID | ) |
| RICHARDSON, in his official capacity as | ) |
| Senior Official Performing the Duties of | ) |
| FEMA Administrator, | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT REGARDING PRELIMINARY INJUNCTION COMPLIANCE

Defendants, by their undersigned counsel, as required by the Court's November 21, 2025 preliminary injunction order (Dkt. 74 at 3), hereby confirm their compliance with the order granting preliminary injunction. As required by this court's order, defendants have notified all officers, agents, and employees of DHS and its components that administer grants of this court's order, including Chief Counsels, as well as Chief Financial Officers and/or Chief Procurement Officers at DHS and its components that administer grants. *See* Exhibit A.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
PATRICK JOHNSON
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov