IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY OF NEW YORK, MAYOR AND CITY COUNCIL OF BALTIMORE, CITY AND COUNTY OF DENVER, CITY OF MINNEAPOLIS, CITY OF NEW HAVEN, CITY OF SAINT PAUL, and RAMSEY COUNTY,<br><br>            Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and KAREN S. EVANS[1], in her official capacity as Senior Official Performing the Duties of FEMA Administrator,<br><br>            Defendants. | Civil Action No. 25-cv-12765<br><br>Hon. Manish S. Shah |

**JOINT STATUS REPORT**

Pursuant to this Court's December 10, 2025 Order [ECF No. 79], the parties submit this Joint Status Report regarding future proceedings. The parties agree that this case can be resolved most efficiently through cross-motions for summary judgment and propose the following schedule:

1.     **Amended Complaint.** Plaintiffs intend to file an amended complaint by January 21, 2026. The amended complaint will primarily add a limited number of additional plaintiffs who are similarly situated to the existing Plaintiffs. Plaintiffs do not anticipate raising any new legal

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Plaintiffs substitute Karen S. Evans as a Defendant in place of David Richardson, who recently resigned from his position as FEMA's Acting Administrator.

1

theories.

2.      **Motion to Modify Preliminary Injunction.** By January 28, 2026, Plaintiffs intend to file a motion to modify the preliminary injunction to cover the newly added Plaintiffs. Plaintiffs' motion will rely on the same grounds advanced in their original briefing [*see* ECF Nos. 40–41, 64], as well as the Court's Memorandum and Order and Preliminary Injunction Order [ECF Nos. 72, 74]. Defendants intend to oppose Plaintiffs' motion on the same grounds they opposed Plaintiff's initial request for preliminary injunctive relief [*see* ECF No. 62], without the need for substantive briefing.

3.      **FIFA Grants.** As previewed during the December 10, 2025 status hearing, Plaintiffs contend that the existing preliminary injunction, as currently written, already encompasses the FIFA World Cup Grant Program, which Defendants administer and for which several Plaintiffs have applied or anticipate applying, because it is authorized under the Homeland Security Grant Program already identified in the Complaint. *See* ECF No. 1 ¶ 53. Defendants do not oppose Plaintiffs' view that the FIFA World Cup Grant Program is covered by the current preliminary injunction. At least two Plaintiffs, City of Boston and City of New York, have also applied for the Counter-Unmanned Aircraft Systems Grant Program, which Defendants also administer under the Homeland Security Grant Program and is available exclusively to FIFA World Cup host jurisdictions. Defendants are still considering their position on whether the Counter-Unmanned Aircraft Systems Grant Program is covered by the current preliminary injunction. Plaintiffs intend to formalize their position in the amended complaint and the motion to modify the preliminary injunction that FIFA-related grants are covered by the current preliminary injunction.

4.      **Administrative Record.** Defendants propose that the deadline for filing the

administrative record for the agency actions challenged in this case be set for March 17, 2026. This is the same date on which the administrative record is due in a case involving the same legal issues and defendants, *Santa Clara v. Noem*, Dkt. No. 3:25-cv-08330-WHO (N.D. Cal.). Plaintiffs do not oppose this request.

5. **Summary Judgment.** Further, consistent with the schedule recently set in *Santa Clara v. Noem*, Defendants propose that the parties jointly submit a proposed schedule governing cross-motions for summary judgment by April 1, 2026. Plaintiffs do not oppose this request.

6. **Answer.** The parties propose that Defendants' obligation to file an answer to the amended complaint is stayed pending the Court's resolution of the parties' cross-motions for summary judgment, on the condition that any affirmative defenses not raised by Defendants in summary judgment briefing are waived.

7. **New York City's Port Security Grant.** Plaintiff New York City, through its Department of Transportation ("NYC DOT"), was awarded $170,175 in federal funding from the FY 2025 Port Security Grant Program ("PSGP"). *See* ECF No. 1 ¶ 130; ECF No. 54 ¶ 12. NYC DOT further conferred with FEMA concerning the scope of the award in November 2025. On or about December 10, 2025, in preparation for accepting the PSGP award, NYC DOT accessed FEMA Grants Outcomes ("FEMA GO"), FEMA's online platform for submitting, approving, and managing FEMA grants. FEMA GO did not allow NYC DOT to access the option to "accept" or "decline" the award. NYC DOT conferred with FEMA GO staff and FEMA program staff, and on December 12, 2025 was informed that "some awards aren't available to be accepted yet, we will provide guidance once we receive them." The following week, on December 17, 2025, FEMA program staff reiterated that they were awaiting guidance. Counsel for NYC reached out to counsel for the government on December 17, 2025 and December 18, 2025 to request clarity as to how

3

NYC DOT could accept its PSGP award and for additional time to accept the award until January 30, 2026. Counsel for the government did not provide a substantive response. On December 19, 2025 at approximately 5:13 PM, FEMA emailed NYC DOT a letter ("Letter") stating, "we would like to thank you for applying for assistance under the Fiscal Year (FY) 2025 Port Security Grant Program (PSGP).  We are unable to fund your application." The Letter further states, "the email notification of award sent on September 28, 2025, at 8:04 a.m. E.T. … was made in error." No further information was provided to NYC DOT. NYC will update the Court as needed.

Dated: December 22, 2025

Respectfully submitted,

Mary B. Richardson-Lowry
Corporation Counsel of the City of Chicago

By: /s/ *Stephen Kane*
Stephen Kane
Rebecca Hirsch
Chelsey Metcalf
Rachel Zemke
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel:    (313) 744-9484
Email:  Stephen.Kane@cityofchicago.org
        Rebecca.Hirsch2@cityofchicago.org
        Chelsey.Metcalf@cityofchicago.org
        Rachel.Zemke@cityofchicago.org
*Attorneys for Plaintiff City of Chicago*


ADAM CEDERBAUM
Corporation Counsel, City of Boston

By: /s/ *Samuel B. Dinning*
SAMUEL B. DINNING, MA BBO 704304**
Chief of Staff & Policy
TERESA K. ANDERSON, MA BBO 669985*
Assistant Corporation Counsel
City of Boston Law Department
One City Hall Square, Room 615

4

Boston, MA 02201  
Tel: (617) 635-4034  
Email: samuel.dinning@boston.gov  
teresa.anderson@pd.boston.gov  
*Attorneys for Plaintiff City of Boston*


MICHIKO (MIKO) ANDO BROWN  
City Attorney, City and County of Denver  

By: /s/ *Matthew Mulbarger*  
Matthew J. Mulbarger (CO Bar No. 51918)**  
Denver City Attorney's Office  
201 W Colfax Avenue  
Denver, CO 80202  
Tel: 720-913-8050  
Email: matthew.mulbarger@denvergov.org  
*Attorneys for Plaintiff City and County of Denver*


EBONY M. THOMPSON  
Baltimore City Solicitor  

By: /s/ *Sara Gross*  
Sara Gross (MD 0412140305)*  
Chief, Affirmative Litigation Division  
Baltimore City Department of Law  
100 N. Holliday Street  
Baltimore, Maryland 21202  
Tel: (410) 396-3947  
Email: sara.gross@baltimorecity.gov  
*Attorneys for Plaintiff Mayor & City Council of Baltimore*


LYNDSEY OLSON  
Saint Paul City Attorney  

By: /s/ *Kelsey McElveen*  
KELSEY MCELVEEN **  
Assistant City Attorney  
SAINT PAUL CITY ATTORNEY'S OFFICE  
400 City Hall and Courthouse  
15 Kellogg Boulevard West  
Saint Paul, Minnesota 55102  
Tel: (651) 266-8710  

5

Fax: (651) 298-5619
Email: Kelsey.McElveen@ci.stpaul.mn.us
*Attorneys for Plaintiff City of Saint Paul*

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York

By: /s/ *Doris Bernhardt*
Doris Bernhardt (NY Bar No. 4449385)**
Hope Lu (NY Bar No. 5606934)*
100 Church Street
New York, NY 10007
Tel: (212) 356-1000
*Attorneys for Plaintiff City of New York*

KRISTYN ANDERSON
Minneapolis City Attorney

By: /s/ *Kristyn Anderson*
Kristyn Anderson, MN Lic. 0267752**
City Attorney
Sara J. Lathrop, MN Lic. 0310232**
Munazza Humayun, MN Lic. 0390788*
Heather P. Robertson, MN Lic. 0390470**
Assistant City Attorneys
350 South Fifth Street
Minneapolis MN 55415
Tel: 612-299-2716
 612-431-1826
 612-299-2742
 612-431-2468
Email: kristyn.anderson@minneapolismn.gov
 sara.lathrop@minneapolismn.gov
 munazza.humayun@minneapolismn.gov
 heather.robertson@minneapolismn.gov
*Attorneys for Plaintiff City of Minneapolis*

By: /s/ *Bradley Cousins*
Bradley Cousins, MN Bar #0400463 **
Assistant Ramsey County Attorney
Stacey D'Andrea, MN Bar #0388320 **
Assistant Ramsey County Attorney
Jada Lewis, MN Bar #0391287 **

6

        Assistant Ramsey County Attorney
        Ramsey County Attorney's Office
        360 Wabasha St. N., Suite 100
        Saint Paul, MN 55102
        Tel: 651-266-3081 (Cousins)
           651-266-3051 (D'Andrea)
           651-266-3149 (Lewis)
        Email: Bradley.cousins@co.ramsey.mn.us
           Stacey.dandrea@co.ramsey.mn.us
           Jada.lewis@co.ramsey.mn.us
        *Attorneys for Plaintiff Ramsey County*


        PATRICIA KING
        Corporation Counsel for the City of New Haven

        By: /s/ *Michael P. Bowler*
        Michael P. Bowler, CT Bar #407379*
        City of New Haven
        Office of the Corporation Counsel
        165 Church Street, 4th Floor
        New Haven, CT 06510
        Tel: 475-331-3244
        Email: mbowler@newhavenct.gov
        *Attorneys for Plaintiff City of New Haven*


        By: /s/ *Toby Merrill*
        Toby Merrill (MA Bar #601071)**
        Litigation Director, Public Rights Project
        Sai Mohan (CA Bar #350675)**
        Erin Monju (DC Bar #90036952)**
        490 43rd St., Unit # 115
        Oakland, CA 94609
        Tel: 707-297-3837
        Email: Toby@publicrightsproject.org
           Sai@publicrightsproject.org
           Erin@publicrightsproject.org
        *Counsel for all Plaintiffs*


ANDREW S. BOUTROS
United States Attorney

By: /s/ Patrick Johnson
PATRICK JOHNSON

Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
Tel:    (312) 353-5327
Email: patrick.johnson2@usdoj.gov
*Attorneys for Defendants*

\* Application forthcoming for admission pro hac vice
\*\* Admitted pro hac vice