# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

City of Chicago, et al.

                    Plaintiff,

v.                                        Case No.: 1:25−cv−12765
                                                      Honorable Manish S. Shah

Kristi Noem, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 29, 2025:

    MINUTE entry before the Honorable Manish S. Shah: Defendants' deadline to answer the complaint is stayed, by agreement. See [81] at 3. Plaintiffs have leave to file an amended complaint by 1/21/26. Any administrative record shall be filed by 3/17/26. The parties shall file a status report with a proposed schedule for briefing summary judgment by 4/1/26. Any motion to modify the preliminary injunction must be noticed for presentment on the court's motion call, but counsel may email proposed_order_shah@ilnd.uscourts.gov with a proposed briefing schedule on any motion to modify preliminary injunction. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.