UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY OF NEW YORK, MAYOR AND CITY COUNCIL OF BALTIMORE, CITY AND COUNTY OF DENVER, CITY OF MINNEAPOLIS, CITY OF NEW HAVEN, CITY OF SAINT PAUL, and RAMSEY COUNTY,<br><br>          Plaintiffs,<br><br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and KAREN S. EVANS,[1] in her official capacity as Acting FEMA Administrator,<br><br>          Defendants. | No. 25 C 12765<br><br>Judge Shah |

## NOTICE OF APPEAL

NOTICE is hereby given that Kristi Noem, in her official capacity as Secretary of Homeland Security; Department of Homeland Security; Federal Emergency Management Agency; and Karen S. Evans, in her official capacity as Acting Administrator of FEMA, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order Granting Preliminary Injunction (Dkt. 72, 74) entered in this action on November 21, 2025

---

[1] Acting FEMA Administrator Karen S Evans has replaced David Richardson, formerly the Senior Official Performing the Duties of FEMA Administrator, and she is automatically substituted as a defendant under Fed. R. Civ. P. 25(d).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
    PATRICK JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    patrick.johnson2@usdoj.gov