# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

City of Chicago, et al.
                        Plaintiff,

v.                                                  Case No.: 1:25−cv−12765
                                                        Honorable Manish S. Shah

Kristi Noem, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. The government shall file a copy of the administrative record by 3/31/26. By 4/1/26, the parties shall file a status report with proposals for briefing summary judgment. The government's response to the motion for preliminary injunction [104] is due 3/24/26; plaintiffs' reply is due 3/3/26. The court will issue a ruling via cm/ecf. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.