UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

City of Chicago, et al.
                              Plaintiff,
v.                                                    Case No.: 1:25−cv−12765
                                                      Honorable Manish S. Shah
Kristi Noem, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 2, 2026:

MINUTE entry before the Honorable Manish S. Shah: Plaintiffs' second motion for a preliminary injunction [104] is granted. Defendants do not dispute that the new plaintiffs and movants seek the same relief as the original plaintiffs and defendants do not assert any new arguments in opposition to the motion. See [109]. The new plaintiffs, like the original ones, are municipal or county government entities awarded or expected to receive grants through the emergency management and homeland security grant programs at issue in the original preliminary injunction. The new movants have, for the same reasons applicable to the original plaintiffs, established a likelihood of success in the APA challenge to the grant conditions. See [72] at 10−19. The irreparable and balance of harms analysis is the same too. See [72] at 20−21; [104−1] at 4−5, [104−2] at 5−6, [104−3] at 6−8, [104−4] at 7, [104−5] at 4. Enter Second Preliminary Injunction. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.