UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of FEMA Administrator, | ) No. 25 C 12765 ) ) Judge Shah ) ) ) ) ) ) |
| Defendants. | ) |

**STATUS REPORT REGARDING PRELIMINARY INJUNCTION COMPLIANCE**

Defendants, by their undersigned counsel, as required by the Court's March 2, 2026 preliminary injunction order (Dkt. 111 at 3), hereby confirm their compliance with the order granting preliminary injunction. As required by this court's order, defendants have notified all officers, agents, and employees of DHS and its components that administer grants of this court's order, including Chief Counsels, as well as Chief Financial Officers and/or Chief Procurement Officers at DHS and its components that administer grants. *See* Exhibit A.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
PATRICK JOHNSON
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov