UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of FEMA Administrator, | ) No. 25 C 12765 ) ) Judge Shah ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## <u>UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER</u>

Defendants, through undersigned counsel, move to modify the deadline to file the administrative record due to the current lapse in appropriations for DHS, and in support state as follows:

1.     This matter involves plaintiffs' challenges to new conditions added to federal grants under a variety of grant programs administered by defendants.  Dkt. 1.

2.     The court entered a preliminary injunction on November 21, 2025 (Dkt. 74), and plaintiffs filed an amended complaint on January 21, 2026 (Dkt. 93).

3.     On February 17, 2026, the court directed defendants to file the administrative record by March 31, 2026, and that the parties file a status report on April 1, 2026, with proposals for briefing summary judgment.  Dkt. 108.

4.     On February 14, 2026, the appropriations act that had been funding DHS lapsed.  Defendants do not know when such funding will be restored by Congress.

5.     Most of DHS' full-time employees have been furloughed, including the

employees who have assisted with submission of the administrative record and the briefs in this case.

6.      Undersigned counsel therefore requests the court modify the current schedule by extending the deadline for filing the administrative record four weeks until April 28, 2026, and filing a status report on May 7, 2026, with proposals for briefing summary judgment.

7.      Plaintiffs' counsel does not object to this motion.

WHEREFORE, defendants request the court to modify scheduling as set forth above.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
    PATRICK JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    patrick.johnson2@usdoj.gov

2