**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

City of Chicago, et al.

                    Plaintiff,

v.                                                              Case No.: 1:25−cv−12765
                                                                Honorable Manish S. Shah

Kristi Noem, et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 27, 2026:

        MINUTE entry before the Honorable Manish S. Shah: The motion to amend the scheduling order [114] is granted. The government shall file the administrative record by 4/28/26 and the parties' proposed briefing schedule shall be filed by 5/7/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.