**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

City of Chicago, et al.

                  Plaintiff,

v.                                       Case No.: 1:25–cv–12765

                                       Honorable Manish S. Shah

Kristi Noem, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, the motion to amend the scheduling order [121] is granted. Plaintiffs' motion for leave to file a second amended complaint is due 5/28/26, and should be noticed for presentment on the court's motion call. The deadline to file the administrative record is stayed and the summary judgment schedule is deferred until the request to amend the operative complaint is resolved. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.