**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

City of Chicago, et al.

                              Plaintiff,

v.                                                          Case No.: 1:25−cv−12765
                                                            Honorable Manish S. Shah

Kristi Noem, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 4, 2026:

     MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated on the record, and no objection from the government, plaintiffs' motion for leave to file a second amended complaint [125] is granted. Plaintiffs shall the second amended complaint as a separate entry on the docket. As stated on the record, the Court adopts the parties agreed briefing schedule and page limitations as follows: The administrative record shall be filed by 7/21/2026. Defendants&#039; motion for summary judgment, not to exceed 30 pages, shall be file by 8/25/2026; Plaintiffs shall file a combined response to defendants' motion for summary judgment and cross−motion for summary judgment, not exceed 60 pages by 10/6/2026; Defendants shall file a combined response to plaintiffs' cross−motion for summary judgment and reply in support of their motion for summary judgment, not to exceed 55 pages, by 11/3/2026; Plaintiff shall file a reply in support of their cross−motion for summary judgment, not to exceed 25 pages by 11/24/2026. The Court stays defendants' obligation to file an answer and suspends compliance with Local Rule 56.1. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.