UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of FEMA Administrator,<br><br>Defendants. | ) | No. 25 C 12765<br><br>Judge Shah |

**NOTICE OF ADMINISTRATIVE RECORD FILING**

Pursuant to the court's minute order dated June 4, 2026, defendants hereby file the certified contents of the Administrative Records for (1) the challenged provisions of the DHS 2025 Terms and Conditions and the DHS 2026 Terms and Conditions (collectively, "DHS 2025-2026 Terms and Conditions AR") ; and (2) the challenged termination provision in the 2026 Notice of Funding Opportunity for Building Resilient Infrastructure and Communities ("FEMA 2026 BRIC NOFO AR"), which contain the non-privileged documents that were directly or indirectly considered in connection with these decisions. The Certification of the DHS 2025-2026 Terms and Conditions AR is attached as Exhibit 1-A; the index of the DHS 2025-2026 Terms and Conditions AR is attached as Exhibit 1-B; and the Administrative Record for DHS 2025-2026 Terms and Conditions AR is attached as Exhibit 1-C. The Certification of the FEMA 2026 BRIC NOFO AR is attached as

Exhibit 2-A; the Index of the FEMA 2026 BRIC NOFO AR is attached as Exhibit 2-B; and the Administrative Record for FEMA 2026 BRIC NOFO AR is attached as Exhibit 2-C.

Dated: July 21, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
PATRICK JOHNSON
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov