**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, et al.,<br><br>PLAINTIFFS,<br><br>V.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of FEMA Administrator,<br><br>DEFENDANTS. | No. 25 C 12765<br><br>Judge Shah |

**CERTIFICATION**

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security, as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since August 2019.

I am the custodian of the decision document entitled *FY 2025 DHS Standard Terms and Conditions* (Apr. 18, 2025) and the *FY 2026 DHS Terms and Conditions* (Apr. 16, 2026), and of a copy of the administrative record for this decision for DHS. I certify that, to the best of my knowledge, information, and belief, the attached index contains the non-privileged documents considered by DHS, and that these documents constitute the administrative record the agency considered.

Executed this 20th day of July, 2026 in Washington, D.C.

JULIANA J BLACKWELL
Digitally signed by JULIANA J BLACKWELL
Date: 2026.07.21 09:35:11 -04'00'

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
U.S. Department of Homeland Security