**Certified Administrative Record Index:**
**FY 2025 DHS Terms and Conditions Version 3, Dated April 18, 2025**

**FY 2026 DHS Terms and Conditions, Dated April 16, 2026**

| No. | Document Title | Starting Bates No. |
|---|---|---|
| 1 | FY 2025 DHS Terms and Conditions Version 3 Dated April 18, 2025 | DHS000001 |
| 2 | FY 2025 DHS Terms and Conditions Version 2 Dated March 27, 2025 | DHS000013 |
| 3 | FY 2025 DHS Terms and Conditions Dated October 22, 2024 | DHS000024 |
| 4 | Fiscal Year 2020 DHS Standard Terms and Conditions Version 10.1 Dated December 31, 2019 | DHS000032 |
| 5 | *Ending Radical and Wasteful Government DEI Programs and Preferencing*, Executive Order 14151 (Jan. 20, 2025) | DHS000046 |
| 6 | *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, Executive Order 14168 (Jan. 20, 2025) | DHS000049 |
| 7 | *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, Executive Order 14173 (Jan. 21, 2025) | DHS000053 |
| 8 | *Ending Radical Indoctrination in K–12 Schooling*, Executive Order 14190 (Jan. 29, 2025) | DHS000057 |
| 9 | *Stopping Waste, Fraud, and Abuse by Eliminating Information Silos*, Executive Order 14243 (Mar. 20, 2025) | DHS000062 |
| 10 | *Protecting America's Bank Account Against Fraud, Waste, and Abuse,* Executive Order 14249 (Mar. 25, 2025) | DHS000064 |
| 11 | *Improving Oversight of Federal Grantmaking,* Executive Order 14332 (Aug. 7, 2025) | DHS000069 |
| 12 | *Initial Guidance Regarding DEIA Executive Orders*, OPM (Jan. 21, 2025) | DHS000074 |
| 13 | *Further Guidance Regarding Ending DEIA Offices, Programs and Initiatives,* OPM (Feb. 5, 2025) | DHS000078 |
| 14 | FY 2026 DHS Terms and Conditions Dated April 16, 2026 | DHS000081 |