**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CITY OF CHICAGO,**<br>**et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br>**MARKWAYNE MULLIN in his official capacity**<br>**As Secretary of Homeland Security,**<br>**et al.,**<br><br>**Defendants.** | **Case No. # 1:25-cv-12765** |

**ADMINISTRATIVE RECORD CERTIFICATION**

I, Kristin Fontenot, state the following:

1. I am the Assistant Administrator for Risk Management of the Federal Emergency Management Agency (FEMA), Department of Homeland Security (DHS). In my capacity as Assistant Administrator, I oversee the Building Resilient Infrastructure and Communities (BRIC) Program including the publication of the Fiscal Year 2024 and 2025 Notice of Funding Opportunity ("NOFO") on March 25, 2026.

2. Recently, I oversaw the collection of documents that compose FEMA's administrative record to date of the challenged termination provision of the BRIC NOFO.

3. Based on information provided to me by my staff, I certify that, to the best of my knowledge, the documents listed in this index constitute the complete administrative record to date for the claims associated with the BRIC Fiscal Year 2024 and 2025 Notice of Funding Opportunity

in Plaintiffs' Amended Complaint of June 4, 2026.

4. Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on this 21st day of July, 2026.

Kristin Fontenot

Assistant Administrator, Risk Management

Federal Emergency Management Agency