**Certified Administrative Record Index:**
**FEMA, BRIC NOFO**

| No. | Document Title | Starting Bates No. |
|---|---|---|
| 1 | EO 14332 Improving Oversight of Federal Grantmaking | FEMA000001 |
| 2 | FY_2024__2025_BRIC_NOFO_FINAL | FEMA000006 |
| | | |