UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 25 C 12765 |
| v. | ) | |
| | ) | Judge Shah |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME**

Defendants, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, move to extend their deadline to move for summary judgment by two weeks, from September 15 to 29, 2026, and in support state as follows:

1. Defendants' motion for summary judgment is due on September 15, 2026. Dkt. 134.

2. In the wake of the retirement of the AUSA who had been handling this case, the undersigned AUSA was assigned just over a month ago to handle this case and a similar case brought by the City of Chicago and other plaintiffs against the Department of Justice.

3. The undersigned AUSA has required additional time to familiarize himself with the issues in both cases, the need for which was compounded by pre-planned time out of the office last month. The undersigned AUSA filed a summary judgment reply brief on behalf of the Department of Justice on schedule this week but requires an additional two weeks to prepare defendants' motion for summary judgment in *this* case.

4. Plaintiffs graciously do not oppose the requested extension, and the parties jointly propose that the schedule be adjusted as follows: (1) defendants' motion to be filed on or before

September 29, 2026; (2) plaintiffs' consolidated respond and cross-motion to be filed on or before November 10, 2026; (3) defendants' consolidated reply and response to plaintiffs' cross-motion to be filed on or before December 8, 2026; and (4) plaintiffs' reply to be filed on or before January 6, 2027 (to account for leave schedules over the December holidays).

WHEREFORE, defendants ask that the court adjust the summary judgment briefing schedule as follows: (1) defendants' motion to be filed on or before September 29, 2026; (2) plaintiffs' consolidated respond and cross-motion to be filed on or before November 10, 2026; (3) defendants' consolidated reply and response to plaintiffs' cross-motion to be filed on or before December 8, 2026; and (4) plaintiffs' reply to be filed on or before January 6, 2027.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov