UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | ) | No. 25 C 12765<br><br>Judge Shah |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, September 16, 2024, at 9:45 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Shah in the courtroom usually occupied by him in the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME**, at which time and place you may appear if you see fit.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov