**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

City of Chicago, et al.
Plaintiff,
v.
Case No.: 1:25−cv−12765
Honorable Manish S. Shah
Kristi Noem, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time [138] is granted, and no appearance is necessary. Defendants' motion for summary judgment is due on or before September 29, 2026; plaintiffs' consolidated response and cross−motion is due on or before November 10, 2026; defendants' consolidated reply and response to plaintiffs' cross−motion is due on or before December 8, 2026; and plaintiffs' reply is due on or before January 6, 2027. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.